## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CALVIN B. WALKER**                                                          **PLAINTIFF**

v.                                   **No. 4:13-cv-689-DPM**

**TERMINIX INTERNATIONAL CO. LP;**
**TERMINIX INTERNATIONAL INC.;**
**JOHN DOES, 1–10; CHARLEY ROFKAHR;**
**NATHAN TEAFF; and TIMOTHY**
**HENDERSON**                                                           **DEFENDANTS**

## ORDER

This case is remanded to Conway County Circuit Court for want of

subject matter jurisdiction. № 26.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_14 August 2014_